**Order entered February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00655-CV

### DAVID C. MEYER, Appellant/Cross-Appellee

### V.

### KAREN MOORE MEYER, Appellee/Cross-Appellant

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-05419**

## ORDER

Before the Court is appellant/cross-appellee David Meyer's January 30, 2015, unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant/cross-appellee to file his brief no later than March 13, 2015.

/s/ CRAIG STODDART
JUSTICE